PROB 22

**TRANSFER OF JURISDICTION**

E-Filing

| DOCKET NUMBER (Tran. Court) |
|---|
| 0972 2:90CR00426-01 |

| DOCKET NUMBER (Rec. Court) |
|---|
| CR 08-0347 JSW |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Melvin Rick MILLER<br>San Francisco, California | Eastern District of California | Northern |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Edward J. Garcia<br>Senior United States District Judge |

| DATES OF SUPERVISED RELEASE: | FROM<br>04/25/2008 | TO<br>04/24/2011 |
|---|---|---|

**OFFENSE**   18 USC 2113(a) - Bank Robbery

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 9, 2008
Date

_Senior United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/21/08
Effective Date

_United States District Judge_

CC:   United States Attorney
       FLU Unit-United States Attorney's Office
       Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG